JUSTICE TRIEWEILER,
specially concurring:
I concur with the result of the majority opinion, but do not agree with all that is said in part III of that opinion.
Specifically, I disagree that § 39-71-116(20), MCA (1985), is the relevant statute under which to analyze claimant’s disability benefits pursuant to § 39-71-703, MCA (1985). Partial disability benefits, *82 pursuant to § 703, are based upon the difference between pre-injury and post-injury “earning capacity.” Wages are only one factor to be considered and are not determinative of either pre-injury or post-injury capacity. However, I agree that the value of claimant’s room and board were relevant to a determination of claimant’s post-injury earning capacity, just as it is relevant to a determination of his pre-injury earning capacity.
I also fully agree with the Court’s decision in Issues I and II of its opinion.